

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-14-00176-CV**

| | | |
|---|---|---|
| Garry Cantrell a/k/a Garry P. Cantrell, Gary Cantrell, Garry Philip Cantrell, and Garry Cantrell, Esq., d/b/a Cantrell Law Firm, and Cantrell Law Firm IOLTA | § § | From County Court at Law No. 3 of Tarrant County (2012-005630-3) |
| | § | July 10, 2014 |
| v. | | |
| Lawsuit Financial Corp. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM